| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) HOPKINS, VIRGINIA E. | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) N/A | 5. ReportType (check appropriate type) ● Nomination, Date ○ Initial ◉ Annual ● Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 619 HUGO L. BLACK COURTHOUSE 1729 5TH AVENUE N. BIRMINGHAM, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instruction )

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | ███████ IRREVOCABLE LIFE INSURANCE TRUST (UNFUNDED) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 25 A 11: 01 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2004 | SELF EMPLOYED - ATTORNEY PRACTICE | $42,504 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2004 | SELF EMPLOYED - ATTORNEY PRACTICE |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | WACHOVIA BANK | MORTGAGE LOAN | M |
| 2. | UBS FINANCIAL | MARGIN LOAN | L |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CASH, WACHOVIA BANK | | None | M | T | | | | | |
| 2. CHECKING ACCOUNT | | None | K | T | | | | | |
| 3. YUM BRANDS COMMON | A | Dividend | J | T | | | | | |
| 4. PEPSICO COMMON | A | Dividend | K | T | | | | | |
| 5. AMGEN, INC COMMON | | None | | | BUY | 04/06 | J | | |
| 6. | | | | | SELL | 05/03 | J | A | |
| 7. BURLINGTON RESOURCES COMMON | A | Dividend | J | T | BUY | 04/06 | J | | |
| 8. COHEN & STEERS QUALITY INCOME EALTY FUND | A | Dividend | J | T | | | | | |
| 9. COACH, INC. COMMON | | None | J | T | | | | | |
| 10. CHICO FAS, INC. COMMON | | None | | | SELL | 09/09 | J | A | |
| 11. WALT DISNEY CO (HOLDING CO) DISNEY CO ON | | None | | | SELL | 02/11 | J | A | |
| 12. FOX ENTERTAINMENT COMMON | | None | | | SELL | 03/26 | J | A | |
| 13. ISHARES TRUST S & P MIDCAP 400 BARRA VALUE IND FUND | A | Dividend | J | T | SELL | 07/19 | J | A | |
| 14. HEALTH CARE REIT INS. SBI | A | Dividend | J | T | BUY | 10/26 | J | | |
| 15. LOWES COMPANIES, INC. COMMON | | None | | | SELL | 03/26 | J | A | |
| 16. INTEL CORP COMMON | A | Dividend | | | BUY | 02/13 | J | | |
| 17. | | | | | SELL | 08/20 | J | A | |
| 18. MICROSOFT CORP. COMMON | | None | | | SELL | 02/13 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. FIRST DATA CORP COMMON | A | Dividend | | | SELL | 06/07 | J | A | |
| 20. BED, BATH, & BEYOND, INC. COMMON | | None | | | SELL | 03/26 | J | A | |
| 21. PROCTER & GAMBLE CO. COMMON | A | Dividend | J | T | | | | | |
| 22. SCOTTS CO. CL A COMMON | | None | | | SELL | 06/04 | J | A | |
| 23. STERICYCLE CORP. COMMON | | None | J | T | | | | | |
| 24. STRYKER CORP. COMMON | | None | J | T | | | | | |
| 25. TEVA PHARMACEUTICALS IND. LTD ISREAL A R | A | Dividend | J | T | | | | | |
| 26. WHOLE FOODS MARKET, INC. COMMON | A | Dividend | J | T | | | | | |
| 27. WASH MUTUAL INC. COMMON | A | Dividend | | | SELL | 06/25 | J | A | |
| 28. STARBUCKS CORP. COMMON | | None | J | T | | | | | |
| 29. ZIMMER HOLDINGS, INC. COMMON | | None | J | T | | | | | |
| 30. FLEXTRONICS, INTL LTD COMMON | | None | | | SELL | 08/20 | J | A | |
| 31. OMNICARE, INC. COMMON | A | Dividend | | | SELL | 12/15 | J | A | |
| 32. 3M CO COMMON | | None | | | SELL | 02/13 | J | A | |
| 33. I SHARES DJ SELECT FUND DIVID INDEX FUN | A | Dividend | | | BUY | 02/04 | J | | |
| 34. | | | | | SELL | 10/26 | J | A | |
| 35. COUNTRYWIDE FINANCIAL CORP. COMMON | A | Dividend | J | T | BUY | 07/19 | J | | |
| 36. DONAHER CORP. COMMON | A | Dividend | J | T | BUY | 04/01 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. EBAY, INC. COMMON | | None | J | T | BUY | 07/19 | J | | |
| 38. GEN'L ELECTRIC CO. COMMON | A | Dividend | J | T | BUY | 02/13 | J | | |
| 39. GOLDEN WEST FINANCIAL CP COMMON | A | Dividend | J | T | BUY | 03/26 | J | | |
| 40. KORN FERRY INT'L CAL COMMON | | None | J | T | BUY | 12/15 | J | | |
| 41. NABORS INDUSTRIES LTD NEW (BERMUDA) | | None | J | T | BUY | 07/19 | J | | |
| 42. QUALCOMM, INC. COMMON | A | Dividend | J | T | BUY | 07/19 | J | | |
| 43. SYNGENTA AG SPON ADR COM | | None | J | T | BUY | 08/24 | J | | |
| 44. UNTD NAT FOODS INC COMMON | | None | J | T | BUY | 07/19 | J | | |
| 45. RMA MONEY MKT PORTFOLIO | A | Interest | J | T | | | | | |
| 46. PFIZER INC. COMMON | C | Dividend | M | T | | | | | |
| 47. SBC COMMUNICATIONS COMMON | A | Dividend | K | T | | | | | |
| 48. FIDELITY ADVISOR EQUITY GROWTH FUND CLASS T | | None | K | T | | | | | |
| 49. FREDDIE MAC COMMON | B | Dividend | K | T | | | | | |
| 50. TEMPLETON GLOBAL INCOME FUND (DELA) | A | Dividend | J | T | | | | | |
| 51. JOHN HANCOCK REGIONAL BANK FUND CLASS A | C | Dividend | K | T | | | | | |
| 52. MFS MASS INVESTORS GROWTH STOCK FUND CLASS C | | None | L | T | | | | | |
| 53. MUNDER NET FUND CLASS C | | None | J | T | | | | | |
| 54. ENTERPRISE MULTI-CAP GROWTH-C | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. PIONEER HIGH YIELD FUND CLASS C | A | Dividend | J | T | | | | | |
| 56. FIRST EAGLE OVERSEAS FUND CLASS C | A | Dividend | L | T | | | | | |
| 57. UBS BANK USA DEP ACCOUNT | A | Interest | K | T | | | | | |
| 58. US TSY INFL PROT NOTE | A | Interest | J | T | | | | | |
| 59. BURLINGTON RESOURCES INC. COMMON | A | Dividend | K | T | BUY | 02/13 | J | | |
| 60. COACH, INC. COMMON | | None | K | T | BUY | 08/24 | J | | |
| 61. | | | | | BUY | 02/13 | J | | |
| 62. COUNTRYWIDE FINANCIAL CORP. COMMON | A | Dividend | J | T | BUY | 07/19 | J | | |
| 63. DANAHER CORP COMMON | A | Dividend | K | T | BUY | 04/01 | J | | |
| 64. EBAY, INC. COMMON | | None | K | T | BUY | 07/19 | J | | |
| 65. GEN'L ELEC. CO. COMMON | A | Dividend | K | T | BUY | 02/13 | J | | |
| 66. | | | | | BUY | 04/06 | J | | |
| 67. GOLDEN WEST FINANCIAL CP | A | Dividend | J | T | BUY | 03/26 | J | | |
| 68. HEALTH CARE REIT INC. SBI | A | Dividend | K | T | BUY | 10/26 | J | | |
| 69. KORN FERRY INT'L CAL COMMON | | None | K | T | BUY | 12/15 | J | | |
| 70. NABORS INDUSTRIES LTD NEW | | None | J | T | BUY | 07/19 | J | | |
| 71. PROCTER & GAMBLE CO. COMMON | A | Dividend | J | T | | | | | |
| 72. QUALCOMM, INC. COMMON | A | Dividend | J | T | BUY | 07/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 5/12/2005 |

## VIL INVESTMENTS and TRUSTS
– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. STARBUCKS CORP. COMMON | | None | K | T | | | | | |
| 74. STERICYCLE, INC. COMMON | | None | J | T | | | | | |
| 75. STRYKER CORP. COMMON | A | Dividend | J | T | | | | | |
| 76. SYNGENTA AG SPON ADR | | None | K | T | BUY | 08/24 | J | | |
| 77. TEVA PHARMACEUTICALS IND. LTD ISREAL ADR | A | Dividend | J | T | BUY | 08/24 | J | | |
| 78. UNT'D NAT. FOODS INC. COMMON | | None | J | T | BUY | 07/19 | J | | |
| 79. WHOLE FOODS MARKET, INC. COMMON | A | Dividend | K | T | | | | | |
| 80. ZIMMER HOLDINGS, INC. COMMON | | | K | T | | | | | |
| 81. I SHARES TRUST S&P MIDCAP 400 BARRA VALUE INDEX FD | | None | J | T | BUY | 04/06 | J | | |
| 82. I SHARES COHEN & STEERS REALTY MAJORS INDEX FD | A | Dividend | J | T | | | | | |
| 83. SALOMON BROS EMERGING MK DB FD | A | Dividend | J | T | BUY | 10/07 | I | | |
| 84. SALOMON BROS GLOBAL PARTNERS INCOME FUND, INC | B | Dividend | J | T | | | | | |
| 85. UBS LIQUID ASSETS FUND | A | Dividend | K | T | | | | | |
| 86. AMGEN, INC. COMMON | | None | | | SELL | 05/03 | J | A | |
| 87. BED BATH & BEYOND, INC. COMMON | | None | | | BUY | 02/13 | J | | |
| 88. | | | | | SELL | 03/26 | J | A | |
| 89. FIRST DATA CORP. COMMON | A | Dividend | | | SELL | 06/07 | J | B | |
| 90. FOX ENTERTAINMENT CLASS A | | None | | | SELL | 03/26 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$6,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D0) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. INTEL CORP COMMON | A | Dividend | | | BUY | 02/13 | J | | |
| 92. | | | | | SELL | 08/20 | J | A | |
| 93. LOWES COMPANIES, INC. COMMON | A | Dividend | | | SELL | 03/26 | J | B | |
| 94. MICROSOFT CORP COMMON | | None | | | SELL | 02/13 | J | A | |
| 95. OMNICARE, INC. COMMON | A | Dividend | | | BUY | 05/03 | J | | |
| 96. | | | | | SELL | 12/15 | J | A | |
| 97. SCOTTS CO. CL A COMMON | | None | | | BUY | 02/13 | J | | |
| 98. | | | | | SELL | 06/29 | J | B | |
| 99. WALT DISNEY CO (HOLDING CO.) DISNEY COM | A | Dividend | | | SELL | 02/04 | J | B | |
| 100. I SHARES COHEN & STEERS | | None | | | SELL | 07/19 | J | A | |
| 101. REALTY MAJORS INDEX FUND | | None | | | SELL | 02/13 | J | A | |
| 102. I SHARES DJ SELECT DIVID INDEX FUND | A | Dividend | | | BUY | 02/13 | J | | |
| 103. | | | | | BUY | 04/16 | J | | |
| 104. | | | | | PART SALE | 07/28 | J | A | |
| 105. | | | | | SELL | 10/26 | J | A | |
| 106. I SHARES TRUST DJ US | | None | | | SELL | 04/06 | J | B | |
| 107. UTILITIES SECTOR INDEX FUND | A | Dividend | | | SELL | 02/13 | J | A | |
| 108. I SHARES TRUST DJ US REAL FUND | A | Dividend | | | SELL | 04/14 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. STATE INDEX FUND | | None | | | SELL | 02/13 | J | A | |
| 110. CHICOS FAS, INC. COMMON | | None | | | SELL | 09/09 | J | C | |
| 111. WASH MUTUAL INC. COMMON | A | Dividend | | | SELL | 06/25 | J | A | |
| 112. I SHARES TRUST S&P MIDCAP 400 BARRA V LIFE INDEX FUND | A | Dividend | | | SELL | 07/19 | J | A | |
| 113. SALOMON BROS EMERGING MKTS INCOME FUND II INC | B | Dividend | | | SELL | 09/28 | J | A | |
| 114. CISCO SYS INC. COMMON | | None | | | SELL | 05/03 | J | A | |
| 115. CASH - SOUTHTRUST BANK | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | M = $More than $50,000,000 | | |
| 3. Value Method Codes | ● = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

████████████ REVOCABLE LIFE INSURANCE TRUST IS UNFUNDED

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____                Date ___5/20/2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544